# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| CATHLEEN STEVENSON, § § Plaintiff § § v. § § TARRANT COUNTY COLLEGE DISTRICT, § § Defendant § | Civil Action No. 4:21-cv-00513-O |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cathleen Stevenson and Defendant Tarrant County College District, by their undersigned counsel, file this stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a). The parties have resolved all matters in dispute so Plaintiff seeks to dismiss all claims asserted in this civil action with prejudice. Defendant has stipulated to such dismissal in accordance with Rule 41(a)(1)(A)(ii). The parties will bear their own attorney fees and costs.

Dated March 29, 2022.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　*/s/ Rod Tanner*
　　　　　　　　　　　　　　　**Rod Tanner**
　　　　　　　　　　　　　　　State Bar No. 19637500
　　　　　　　　　　　　　　　rtanner@rodtannerlaw.com
　　　　　　　　　　　　　　　**Tanner and Associates, PC**
　　　　　　　　　　　　　　　6300 Ridglea Place, Suite 407
　　　　　　　　　　　　　　　Fort Worth, Texas 76116-5706
　　　　　　　　　　　　　　　817.377.8833 (phone)

　　　　　　　　　　　　　　　*/s/ Lu Pham*
　　　　　　　　　　　　　　　**Lu Pham**
　　　　　　　　　　　　　　　lpham@phamharrison.com
　　　　　　　　　　　　　　　**Antonio U. Allen**
　　　　　　　　　　　　　　　Pham Harrison, LLP
　　　　　　　　　　　　　　　505 Pecan Street, Suite 200
　　　　　　　　　　　　　　　Fort Worth, Texas 76102
　　　　　　　　　　　　　　　817.632.6300 (phone)